UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CASTELLANO,<br><br>             Plaintiff,<br><br>    v.<br><br>J. SHRUM, et al.,<br><br>             Defendants. | No. 2:19-cv-02030 DB P<br><br>ORDER TO SHOW CAUSE |

Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1)(B). Plaintiff alleges defendants were deliberately indifferent to his serious medical needs and deprived him of equal protection in violation of his Eighth and Fourteenth Amendment rights.

In an order filed November 3, 2020, the court determined that plaintiff had stated cognizable claims of deliberate indifference against correctional officer defendants J. Shrum, J. Stone, S. Stiles, B. Schaake, C. Miles, and nurse defendants Basset, Gonzales, and Sharp. (ECF No. 11.) The court also found that plaintiff had failed to state any other cognizable claims. (Id.) The court ordered that within sixty days of that order, the plaintiff would inform the court whether he wished to voluntarily dismiss all other claims and defendants to proceed on his cognizable claims or if he wanted leave to amend the complaint. (Id.)

The time for plaintiff to inform the court of how he would like to proceed has passed. Plaintiff has not informed the court of how he wishes to proceed in this case or requested an extension of time to do so.  Accordingly, the court will direct defendant to show cause in writing why plaintiff's action should not be dismissed for failure to prosecute and failure to comply with court orders.

For the foregoing reasons, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall either inform the court as to how he wishes to proceed[1] or show cause in writing why this case should not be dismissed for failure to prosecute and failure to comply with court orders.  Failure to comply with this order may result in a recommendation that this action be dismissed.

Dated:  April 11, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB:1/Prisoner/Civil_Rights/cart2030.osc

---

[1] A copy of the form which was provided for this purpose with the court's November 3, 2020 order has been included with this order.  Plaintiff may use this form to inform the court of how he wishes to proceed.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CASTELLANO,<br><br>           Plaintiff,<br><br>    v.<br><br>J. SHRUM, et al.,<br><br>           Defendants. | No.  2:19-cv-2030 DB P<br><br>PLAINTIFF'S NOTICE ON HOW TO PROCEED |

CHECK ONE:

_____ Plaintiff would like to proceed immediately on his deliberate indifference claims against correctional officer defendants J. Shrum, J. Stone, S. Stiles, B. Schaake, C. Miles, and nurse defendants Basset, Gonzales, and Sharp, all employees at High Desert State Prison.  By choosing to go forward without amending the complaint, plaintiff chooses to forego his equal protection claims against these defendants as well as any other related and/or potentially viable claims against them.  In so doing, plaintiff also chooses to forego raising claims against any other potential, yet to be named defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

_____ Plaintiff would like to amend the complaint.

DATED: _____

                                        _____
                                        ARCHIE CASTELLANO
                                        Plaintiff Pro Se

3