IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ARCHIE CASTELLANO,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SHRUM, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:19-cv-02030 DB<br><br>[PROPOSED] ORDER GRANTING MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER |

Defendants J. Basset, G. Gonzales, C. Miles, B. Schaake, B. Sharpes, D. Shrum, S. Stiles, and J. Stone (Defendants) moved for an order modifying the discovery and scheduling order (ECF No. 28). Based on the moving papers and supporting declaration, the Court finds good causer to grant the application.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Defendants' requested extension of time is GRANTED;

2. Defendants may file a dispositive motion no later than August 1, 2022.

DATED: June 28, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/cast2030.36disp

[Proposed] Order (2:19-cv-02030 DB)