UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CASTELLANO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>J. SHRUM, et al.,<br><br>　　　　Defendants. | No.  2:19-cv-02030 DB P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner proceeding pro se with a civil rights action 42 U.S.C. §1983. Plaintiff alleges defendants were deliberately indifferent to his serious medical needs and deprived him of equal protection in violation of his Eighth and Fourteenth Amendment rights. On July 29, 2022, defendants filed a motion for summary judgment.  (ECF No. 32.)  Plaintiff has not filed an opposition.

　　　　Local Rule 230(c) provides in part: "A failure to file a timely opposition may also be construed by the Court as a non-opposition to the motion."  On December 7, 2021, plaintiff was advised of the requirements for filling an opposition to the motion and that failure to oppose such a motion may be deemed a waiver of opposition to the motion.  (ECF No. 28 at 6-7, 9.)

　　　　Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."  In the order filed December 7, 2021, plaintiff was advised that failure to comply with the Local Rules may result in a recommendation that the action be dismissed.  (ECF No. 28 at 8.)

1

Good cause appearing, IT IS HEREBY ORDERED that, within thirty (30) days of the date of this order, plaintiff shall file an opposition, if any, to the motion for summary judgment or show cause in writing why this action should not be dismissed for failure to prosecute and failure to comply with court orders. Failure to file an opposition will be deemed as a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

Dated: November 29, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil.Rights/R/cast2030.osc.msj