UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CASTELLANO,<br><br>  Plaintiff,<br><br>  v.<br><br>J. SHRUM, et al.,<br><br>  Defendants. | No.  2:19-cv-02030 WBS DB P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 15, 2023, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  (ECF No. 42.)  Plaintiff has filed objections to the findings and recommendations.  (ECF No. 43.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 15, 2023 (ECF No. 42) are adopted in full;

2. Defendants' motion for summary judgment (ECF No. 32) is granted; and

3. The Clerk of the Court be directed to close this case.

Dated:  November 1, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

cast2030.805